UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| RE: SARGINA L MALIK ISMAIL | ) Case No. 19 B 20096 |
| | ) |
| Debtor | ) Chapter 13 |
| | ) |
| | ) Judge: JACQUELINE P COX |

**NOTICE OF MOTION**

| | |
|---|---|
| SARGINA L MALIK ISMAIL | CUTLER & ASSOC |
| 2541 W SUMMERDALE #2N | via Clerk's ECF noticing procedures |
| CHICAGO, IL  60625 | |

Please take notice that on September 09, 2019 at 10:30 am my designee or I will appear before the Honorable Judge JACQUELINE P COX at 219 South Dearborn Courtroom 680, Chicago, IL and present the motion set forth below.

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the person(s) named above by U.S. mail at  55 E Monroe St., Chicago, Il or by the methods indicated on August 16, 2019.

/s/ Tom Vaughn

**TRUSTEE'S MOTION TO OBJECT TO DISCHARGE**

Now comes Tom Vaughn, Trustee in the above entitled case and moves the Court to enter an order determining that debtor is not entitled to a discharge, stating as follows:

1.   Debtor (s) filed the above-captioned Chapter 13 case on July 17, 2019.

2.   The debtor(s) filed a previous Chapter 7 case, # 15-32031 filed on
     Sep 21, 2015, discharge having been issued on Jan 05, 2016.

3.   Pursuant to 11 U.S.C. § 1328 (f), "the court shall not grant a discharge of all debts provided for in the plan or disallowed under section 502, if the debtor received a discharge--
     (1) in a case filed under chapter 7,11, or 12 of this title during the 4-year period preceding the date of the order for relief under this chapter, or
     (2) in a case filed under chapter 13 of this title during the 2-year period preceding the date of such order."

WHEREFORE Trustee prays that the Court enter an order that the debtor or debtors are not entitled to a discharge.

Respectfully submitted,

TOM VAUGHN                                    /s/ Tom Vaughn
CHAPTER 13 TRUSTEE
55 E. Monroe Street, Suite 3850
Chicago, IL 60603
(312) 294-5900