Form G5  (20170105_bko)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   19-20096 |
| SARGINA L MALIK ISMAIL | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable JACQUELINE P COX |
| | ) | |
| Debtor(s) | ) | |

## ORDER DETERMINING THAT DEBTOR IS NOT ENTITLED TO DISCHARGE

This matter coming before the court on the motion of Tom Vaughn, Chapter 13 Trustee, to determine that debtor is not entitled to a discharge, proper notice having been given, and the court being fully advised in the premises.

It is hereby ordered, that pursuant to 11 U.S.C. § 1328 (f), the following debtor or debtors are not entitled to a discharge in this case:

SARGINA L MALIK ISMAIL

Enter:

*Jacqueline P. Cox*
J. Cox

Honorable JACQUELINE P COX
United States Bankruptcy Judge

Dated:   0 9 SEP 2019

**Prepared by:**
Tom Vaughn
Chapter 13 Trustee
55 E. Monroe Street, Suite 3850
Chicago, IL 60603
(312) 294-5900