**UNITED STATES BANKRUPTCY COURT**
**IN THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | In Proceedings |
| | ) | Under Chapter 13 |
| Sargina L. Malik-Ismail | ) | |
| | ) | Case No. 19-20096 |
| Debtor(s). | ) | Honorable Judge Cox |

**AGREED ORDER RESOLVING MOTION FOR RELIEF FROM STAY AND**
**CO-DEBTOR STAY**

This matter coming to be heard on the motion of Exeter Finance, LLC, by and through its

undersigned attorney, concerning its Motion for Relief from Stay and Co-Debtor Stay, this Court

having jurisdiction, IT IS HEREBY ORDERED:

1.    Pursuant to the Motor Vehicle Retail Installment Contract, Debtor shall make monthly

payments in the amount of **$390.75** directly to Exeter Finance, LLC, continuing with the

August 27, 2020 post-petition payment.

2.    In the event Debtor fails to tender any two or more payments as set forth in paragraph

one, Exeter Finance, LLC shall issue a Notice of Default to Debtor, non-filing Co-Debtor

Sean Cowles, and  Debtor's attorney, if Debtor does not provide full cure within 14 days

after service of the Notice, the Automatic Stay in this case shall be modified as to the

Debtor and non-filing Co-Debtor Sean Cowles, upon filing a Notice of Termination of

Stay with this Court, to permit Exeter Finance, LLC, its servicers, successors, agents and

or assigns, to obtain possession of and/or to foreclose its security interest in one 2014

NISSAN Rogue Select Utility 4D S AWD I4, VIN JN8AS5MV2EW712343.

3.      If applicable, upon modification of the automatic stay as outlined above, and after Exeter

Finance, LLC has foreclosed its security interest one 2014 NISSAN Rogue Select Utility

4D S AWD I4, VIN JN8AS5MV2EW712343, said creditor may file an amended,

unsecured claim for any deficiency balance remaining in compliance with the US

Bankruptcy Code.

4.      Attorney's fees in the amount of $225.00 and costs in the amount of $181.00 are allowed

and shall be paid by the Trustee as an administrative claim.

_/s/  Michelle E. Mandroiu_____          _/s/  Jennifer M. Rinn_____
Attorney for Debtor                          Attorney for Exeter Finance, LLC


Dated:                          Signed:


_____
UNITED STATES BANKRUPTCY JUDGE